UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-90153 |
| | § | |
| SUNNOVA TEP DEVELOPER, LLC | § | CHAPTER 11 |
| *Debtor(s)* | § | |
| | § | |
| | § | |
| | § | |

### NOTICE OF APPEARANCE

      Please take notice that the undersigned attorney appears as counsel for Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9010(b) and/or 9013, requests that all notices given or required to be given in this case and all pleadings and correspondence served or required to be served in this case, be directed to the following:

Susan Fuertes
Assistant County Attorney
Harris County Attorney's Office
Attention: Property Tax Division
P.O. Box 2848
Houston, Texas 77252
taxbankruptcy.cao@harriscountytx.gov

      Respectfully submitted,

/s/ *Susan Fuertes*
Susan Fuertes
State Bar No. 00790895
Harris County Attorney's Office
P.O. Box 2848
Houston, Texas 77252
Telephone: (346) 286-8899

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Notice of Appearance was served on the persons below in the manner indicated on June 2, 2025

/s/ *Susan Fuertes*
Susan Fuertes

**VIA PRE-PAID U.S. MAIL**

Sunnova TEP Developer, LLC
20 East Greenway Plaza, Suite 540
Houston, TX 77002
*Debtor*

**VIA ECF**

Jason Gary Cohen
711 Louisiana, Suite 2300
Houston, TX 77002
*Attorney for Debtor*

Office of the U.S. Trustee
515 Rusk Ave., Ste #3516
Houston, TX 77002
*US Trustee*

Office of the U.S. Trustee
515 Rusk Ave., Ste #3516
Houston, TX 77002
*US Trustee*